UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 3, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 23-4571,    <u>US v. Kenneth Bethea, Jr.</u>
                 5:19-cr-00096-KDB-DSC-1

TO:    Kenneth Otis Bethea

BRIEF OR JOINT APPENDIX CORRECTION DUE:   January 8, 2024

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[X] <u>See Checklist</u>: Please make corrections identified on attached checklist.

**BRIEF DOES NOT CONTAIN (FRAP 28, 29):**

| |
|---|
| Disclosure Statement (for amicus, required only if amicus is a corporation) |
| Table of Contents, with page references |
| Table of Authorities (alphabetically arranged) with page references to brief |
| Statement of identity, interest & authority to file amicus brief |
| Statement regarding participation by parties, their attorneys, or other persons in funding or authoring amicus brief |
| Jurisdictional Statement |
| Statement of Issues |
| Statement of Case |
| Summary of Argument |
| Argument<br>    ✔ Standard of Review (separate heading before discussion of issues is preferred)<br>       Discussion of Issues |

Emily Borneisen, Deputy Clerk
804-916-2704