# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 4, 2024

_____

RECORD FOLLOW-UP/CORRECTION NOTICE
_____

No. 23-4571,   US v. Kenneth Bethea, Jr.
5:19-cr-00096-KDB-DSC-1

TO:   Katie Simon

[X] The electronic record does not include Bates Stamping pagination. Please transmit a corrected electronic record that includes Bates Stamping pagination.

For appeals in criminal cases, the presentence report and statement of reasons are required. Any highly sensitive documents must be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Mark the envelope as **(original)** if it contains an original document which must be returned. Mark the envelope as **(copy)** if the document does not need to be returned.

If there is anything that will delay transmission of the record, please notify me.

Emily Borneisen, Deputy Clerk
804-916-2704